UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ESTRADA, | ) | Case No. CV 19-3377 FMO (KSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| SAM MUSHMEL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Dismissing Action Without Prejudice, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of August, 2020.

/s/
Fernando M. Olguin
United States District Judge